**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                           PLAINTIFF

v.                               NO. 4:05CR00054-03 JLH
                                 NO. 4:06CR00076-01 JLH

OMAR GILLIAM                                                                                       DEFENDANT

**ORDER**

Before the Court is the government's motion for revocation of defendant Omar Gilliam's supervised release.  Document #246 in case number 4:05CR00054-03 JLH; document #15 in case number 4:06CR00076 JLH.  The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **WEDNESDAY, MARCH 1, 2017, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted.  The Clerk of Court is directed to issue a summons for defendant **OMAR GILLIAM** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Lisa Peters is hereby reappointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 13th day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE