
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 29 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| OMAR GILLIAM | |

Case No. 4:05CR00054-03 JLH and 4:06CR00076-01 JLH
USM No. 23606-009

Lisa Peters
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General/Standard/Special   of the term of supervision.

☑ was found in violation of condition(s) count(s)   Mandatory   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - General | Unlawful possession of a controlled substance | 02/06/2017 |
| 2 - Standard (7) | Unlawful use of a controlled substance | 02/06/2017 |
| 3 - Mandatory | Violation of federal, state, or local law | 02/19/2017 |
| 4 - Standard (5) | Failure to work at lawful occupation as directed | 01/30/2017 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9203

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:
Jacksonville, Arkansas

09/29/2017
Date of Imposition of Judgment

_____
Signature of Judge

J. Leon Holmes,   U.S. District Judge
Name and Title of Judge

09/29/2017
Date

DEFENDANT: OMAR GILLIAM
CASE NUMBER: 4:05CR00054-03 JLH and 4:06CR00076-01 JLH

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Special (1) | Failure to participate in substance abuse treatment as directed | 10/31/2016 |

DEFENDANT: OMAR GILLIAM
CASE NUMBER: 4:05CR00054-03 JLH and 4:06CR00076-01 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

40 MONTHS on Count 1 in case number 4:05CR00054-03 JLH; 33 MONTHS on Count 2 in case number 4:05CR00054-03 JLH; and 33 MONTHS in case number 4:06CR00076-01 JLH, all to run concurrently, with no term of supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment during incarceration. The Court further recommends placement in the FCI Forrest City, Arkansas, facililty so as to remain near his family.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☑ before 2 p.m. on   10/30/2017   .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL